989 A.2d 342

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mark ECKLES, Petitioner.**

**No. 152 EM 2009.**

Supreme Court of Pennsylvania.

Feb. 18, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of February, 2010, the Application for Extraordinary Relief is **DENIED.**

989 A.2d 342

**William CURTIS, Petitioner**

v.

**Jeffrey A. BEARD, Ph.D., Commissioner, Department of Corrections, et al., Respondents.**

**No. 160 EM 2009.**

Supreme Court of Pennsylvania.

Feb. 18, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of February, 2009, the Petition for Permission to File Petition for Review *Nunc Pro Tunc* is **DENIED.**